GATTI PAPER STOCK CORPORATION, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

(Submitted September 30, 1936; decided October 20, 1936.)

*Simon H. Rifkind* and *Sidney R. Nussenfeld* for appellant.

*A. S. Edmonds* and *Theodore Kiendl* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.